PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY S. MAACK, | ) | |
| | ) | CASE NO.  5:25CV2705 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| FRANK BISIGNANO, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| Defendant. | ) | **AND ORDER** |

An Administrative Law Judge ("ALJ") denied Plaintiff Kimberly S. Maack's applications for disability insurance benefits ("DIB") and supplemental security income ("SSI") after a hearing in the above-captioned case.  That decision became the final determination of the Commissioner of Social Security when the Appeals Council denied the request to review the ALJ's decision.  The claimant sought judicial review of the Commissioner's decision, and the Court referred the case to Magistrate Judge James E. Grimes Jr. for preparation of a report and recommendation pursuant to 28 U.S.C. § 636 and Local Rule 72.2(b)(1).  On June 24, 2026, the magistrate judge submitted a Report (ECF No. 11) recommending that the Court reverse the Commissioner's decision and remand the case to the Commissioner to resolve the issues raised by the vocational expert regarding the training period.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.  Objections to the Report were, therefore, due on July 8, 2026.

(5:25CV2705)

Neither party has timely filed objections.  Therefore, the Court believes that the parties are

satisfied with the magistrate judge's recommendations.  Any further review by this Court would

be a duplicative and inefficient use of the Court's limited resources.  *Thomas v. Arn*, 728 F.2d

813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human*

*Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir.

1981).

       Accordingly, the Report & Recommendation of the magistrate judge is hereby adopted.

The decision of the Commissioner of Social Security is reversed and the case is remanded to the

Commissioner for further proceedings and a new decision.


       IT IS SO ORDERED.


   July 10, 2026                  */s/ Benita Y. Pearson*
Date                                 Benita Y. Pearson
                                  United States District Judge